IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Ricky Hall,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Equifax Information Services, LLC,<br>Atlas Credit Co., Inc. and<br>Star Furniture Company,<br><br>　　　　　Defendants. | Case No.:  4:17-cv-3879 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN
PLAINTIFF RICKY HALL AND
DEFENDANT /COUNTER PLAINTIFF STAR FURNITURE**

　　Plaintiff Ricky Hall (hereinafter "Plaintiff") and Defendant/Counter Plaintiff Star Furniture (hereinafter "Star") stipulate, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), to dismiss each of their actions with prejudice.  Plaintiff filed their action against Star on December 26, 2017, please see Dkt. No.1.  Star filed an answer that contained a counter claim on February 20, 2018, please see Dkt. No.9.  Both parties agree to dismiss their claims with prejudice, with all costs and attorneys fees to be paid by the party incurring same.

　　There are no longer any issues in this matter between Plaintiff and Star to be determined by this Court.  The Parties hereby stipulate that all claims or causes of action against Plaintiff and Defendant/Counter Plaintiff which were or could have been the subject matter of this lawsuit and counter claim are hereby dismissed with prejudice, with all costs and attorney fees to be paid by the party incurring same.

Dated: March 13, 2018

Respectfully submitted,

/s/ Dennis McCarty
Dennis McCarty
McCarty & Raburn, A Consumer Law Firm, PLLC
Mississippi Bar No. 102733
Supreme Court of the United States Bar No. 302174

Federal Bar No. 993800
P.O. Box 1448
Cedar Hill, TX 75106-1448
Telephone: 817-704-3375
Fax (817) 887-5069
dennismccartylaw@gmail.com
Attorney for Plaintiff

And ;
Van Holten Law Firm, PLLC

By: **/s/Christopher S. Conry**
Christopher S. Conry
SDTX No. 1124889
Email: chris@vanholtenlaw.com
11525 S. Fry Rd., Suite 102A
Fulshear, TX 77441
Tel. (832) 404-6190
Fax. (832) 404-6192
**Attorney for Star Furniture**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:

/s/ Dennis McCarty
Dennis McCarty